UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )  **2:21-CR-81** |
| JOSEPH MICHAEL DRAPER, | ) |
| Defendant. | ) |

## ORDER

At Defendant's initial appearance on **August 13, 2021**, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently. If Defendant later files a motion requesting a detention hearing, the hearing will be scheduled promptly.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge