# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

United States of America
v.

JOSEPH MICHAEL DRAPER
*Defendant*

Case No. 2:21-CR-81

RECEIVED BY: Max
DATE: 8.10.2021    TIME:
U.S. MARSHAL E/TN
GREENEVILLE, TN

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JOSEPH MICHAEL DRAPER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

- Possess with the intent to distribute five grams or more of methamphetamine a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1), (b)(1)(B))

Date: 8-10-21

City and state: Greeneville, TN

*Issuing officer's signature*
LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 8/12/21
at *(city and state)* _____.

Date: 8/13/21

B. Caldwell signing for TFO Vince Walters
*Arresting officer's signature*

B. Caldwell    DUSM
*Printed name and title*